HOLMAN HARVEY, Appellamt, *v.* BELL SYNDICATE, INC., Respondent.

Argued April 3, 1939; decided April 11, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 541.)

In the Matter of HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority of the State of New York, Respondents, against ANDREW GAZDUN, Appellant.

Submitted April 3, 1939; decided April 11, 1939.

*Francis V. McHugh* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal within ten days and pays ten dollars costs, in which event the motion is denied.